**Order entered August 18, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00951-CR**

**JOEL THOMAS DIES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-83177-2019**

**ORDER**

Before the Court is the State's August 13, 2021 second motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/    ERIN A. NOWELL
         JUSTICE